ROBERT JON HENDRICKS (SBN 179751)
DONALD L. HAVERMANN (*pro hac vice*)
LARRY M. LAWRENCE (SBN 232720)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
E-mail: rhendricks@morganlewis.com
E-mail: dhavermann@morganlewis.com
E-mail: llawrence@morganlewis.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. WEILAND, an individual | Case No.  SACV 10 1451 JVS (SSx) |
| Plaintiff, | Honorable James V. Selna |
| vs. | **JUDGMENT IN FAVOR OF DEFENDANT AMERICAN AIRLINES, INC.** |
| AMERICAN AIRLINES, INC. and ALLIED PILOTS ASSOCIATION | |
| Defendants. | Complaint Filed: September 27, 2010 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

## JUDGMENT

Defendant's Motion to Dismiss came on came on regularly for hearing before this Court on February 14, 2011.  After considering the pleadings, all written and oral argument and evidence in support and in opposition thereto, the Court granted Defendant's motion.  Specifically, Plaintiff's first, fourth, sixth, and seventh causes of action against Defendant American Airlines, Inc. were dismissed with prejudice.  Plaintiff's fifth cause of action against Defendant American Airlines, Inc. was dismissed without prejudice.  Plaintiff's second and third causes of action were not asserted against Defendant American Airlines, Inc.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment is entered in favor of Defendant American Airlines, Inc., and against Plaintiff.

**IT IS SO ORDERED.**

Dated:    March 15, 2011

_____
Hon. James V. Selna
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

[PROPOSED] JUDGMENT IN FAVOR OF
DEFENDANT AMERICAN AIRLINES, INC.